# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 20-01317-VAP (DFM) | Date: | July 6, 2020 |
|---|---|---|---|
| Title | Carlos Yakimowich v. Eric Zambrano, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

    On February 10, 2020, Plaintiff filed his complaint. Dkt. 1. On March 12, 2020, this Court screened the complaint, noted several deficiencies, and ordered Plaintiff to inform the Court how he elected to proceed. See Dkt. 5. On April 29, 2020, Plaintiff sent the Court his Notice of Election indicating he wished to voluntarily dismiss the claims the Court identified as deficient and proceed on his remaining claims. See Dkt. 7. Accordingly, the Court ordered the Clerk to provide Plaintiff with USM-285 forms and service of process instructions. Dkt. 8. The Court also ordered Plaintiff to file, within thirty (30) days of that order, a Notice of Submission indicating that he had submitted a completed summons, USM-285 forms, and copies of the third amended complaint to the U.S. Marshals Service. Id. ¶ 3. Plaintiff's deadline to file his Notice of Submission has expired. Plaintiff has neither filed his Notice of Submission nor sought an extension of time in which to do so. This represents a failure to prosecute.

    Accordingly, within twenty-eight (28) days of the date of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file his Notice of Submission, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file his Notice of Submission in the format specified in the Court's May 10, 2020 order. **Plaintiff is expressly forewarned that if he fails to do either, the Court will deem such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.**