JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARLOS YAKIMOWICH, | Case No. CV 20-01317-VAP (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| ERIC ZAMBRANO et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Date: October 21, 2020

VIRGINIA A. PHILLIPS
United States District Judge